**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

DEBORAH MOYER,

        Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

        Defendant.

Case No. 3:20-cv-00117

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: May 20, 2020.

Respectfully submitted,

s/ Russell S. Thompson, IV
Russell S. Thompson, IV
Southern District Bar # 1572841
Thompson Consumer Law Group, PC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com

Attorneys for Plaintiff

## **CERTIFICATE OF FILING**

I certify that on May 27, 2020, I electronically filed the foregoing Certificate of Interested

Persons with the clerk of the U.S. District Court, Southern District of Texas, Galveston Division,

using the electronic case filing system of the court.

s/ Russell S. Thompson, IV
Russell S. Thompson, IV