United States District Court
Southern District of Texas
**ENTERED**
May 28, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DEBORAH MOYER, | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION No. 3:20-cv-00117 |
| | § | |
| GC SERVICES LP, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

## CONDITIONAL DISMISSAL ORDER

The court has been advised that a settlement has been reached between the parties. Dkt 9. Accordingly, it is hereby **ORDERED** that all claims asserted by the parties in the above-styled and -numbered case are **DISMISSED WITHOUT PREJUDICE** to refiling, unless any party represents in writing filed with the court on or before Friday, July 10, 2020, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Friday, July 10, 2020.

**THIS IS A FINAL JUDGMENT.**

SIGNED on Galveston Island on this, the 28th day of May, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE