**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| DEBORAH MOYER, | |
| Plaintiff, | |
| v. | Case No. 3:20-cv-00117 |
| GC SERVICES LIMITED PARTNERSHIP, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff submits this notice of dismissal prior to the service of any answer or motion for summary judgment by any defendant.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff gives notice that this civil action is hereby dismissed with prejudice, and without fees or costs to any party.

Dated: May 20, 2020.

Respectfully submitted,

s/ Russell S. Thompson, IV
Russell S. Thompson, IV
Southern District Bar # 1572841
Thompson Consumer Law Group, PC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com

Attorneys for Plaintiff

## **CERTIFICATE OF FILING**

I certify that on June 17, 2020, I electronically filed the foregoing Certificate of Interested Persons with the clerk of the U.S. District Court, Southern District of Texas, Galveston Division, using the electronic case filing system of the court.

s/ Russell S. Thompson, IV  
Russell S. Thompson, IV